IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

EDDIE ALBERTO ROMAN

Plaintiff,

v.

CARIBBEAN CINEMA
CORPORATION,

Defendant.

CIV. NO. 17-1576 (SCC)

**FINAL JUDGMENT**

Pursuant to the Order granting the Motion for Summary Judgment (Docket No. 97), this case is dismissed with prejudice.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 3rd day of October, 2019.

S/ SILVIA CARREÑO-COLL

UNITED STATES MAGISTRATE JUDGE