# United States Court of Appeals
## For the First Circuit

No. 19-2205

EDDIE ALBERTO ROMAN

Plaintiff - Appellant

v.

CARIBBEAN CINEMA CORPORATION, a/k/a Hatillo Cinema Corp., a/k/a Arecibo Cinema Corp.

Defendant - Appellee

**MANDATE**

Entered: March 15, 2021

In accordance with the judgment of February 22, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Eduardo J. Cobian-Roig
Eddie Alberto Roman