IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

EDDIE ALBERTO ROMAN,

Plaintiff,

v.

CARIBBEAN CINEMA CORPORATION,

Defendant.

CIV. NO.: 17-1576 (SCC)

**JUDGMENT**

In accordance with the Order entered at Docket No. 104, this case is hereby dismissed without prejudice for lack of subject matter jurisdiction, each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of March, 2021.

        *S*/SILVIA CARRENO-COLL
        UNITED STATES DISTRICT COURT JUDGE